JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ERIK MERCADO ARECHIGA,<br><br>Petitioner<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, et al.,<br>*San Diego Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations*,<br><br>Respondents | Case No. 2:23-cv-00600-CDS-VCF<br><br>**Order Granting Motion to Admit Government Attorney to Practice in the District of Nevada for the Duration of Attorney's Government Employment**<br><br>**[ECF No. 11]** |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the court admit government attorney Anthony J. Messuri to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Messuri is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, an agency of the federal government, and is a

member in good standing of the state bar of New Jersey (#004892009).

The following contact information is provided to the Court:

>Anthony J. Messuri
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Office of Immigration Litigation
>450 5th Street
>Washington, D.C. 20005
>Phone: (202) 616-2872
>Email: anthony.messuri@usdoj.gov

Accordingly, the United States respectfully requests that the court admit Anthony J. Messuri to practice in the District of Nevada for the duration of his employment by the United States.

Respectfully submitted this 30th day of May 2023.

>JASON M. FRIERSON
>United States Attorney
>
>/s/ Lindsay Ager
>LINDSAY AGER
>Assistant United States Attorney

IT IS SO ORDERED:

_____
United States District Judge

Dated: June 8, 2023