# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Erik Mercado Arechiga, | Case No.: 2:23-cv-00600-CDS-VCF |
| Petitioner | |
| v. | **Order to Administratively Close Case** |
| Gregory J. Archambeault, et al., | |
| Respondents | |

On August 11, 2023, I granted in part Erik Mercado Arechiga's petition for a writ of habeas corpus and ordered the respondents to arrange a bond hearing for Arechiga before an Immigration Judge. Order, ECF No. 23. The Immigration Judge held the bond hearing on September 11, 2023. On September 29, 2023, the parties filed a joint status report indicating that the Immigration Judge denied bond after finding that Arechiga is a danger to the community and a flight risk if released. ECF No. 26. Since Arechiga received the bond hearing to which he was entitled, this case can be administratively closed. Accordingly, the Clerk of Court is kindly directed to administratively close this case.

IT IS SO ORDERED.

DATED: October 3, 2023

_____
Cristina D. Silva
United States District Judge